# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RESTORATION CONSTRUCTION, LLC,**
as assignee of **DIEGO LEFEBRE** and **CAITLIN JONES,**
Appellant,

v.

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellee.

No. 4D2022-1625

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE18-000381.

Donald G. Peterson, Yasser Lakhlifi, and Jonathan M. Weirich of Yarnell & Peterson, P.A., Naples, for appellant.

Mark D. Tinker of Cole, Scott & Kissane, P.A., Tampa, and Brett Frankel and Jonathan Sabghir of People's Trust Insurance Company, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***